AO 442 (Rev. 5/93) Warrant for Arrest

*1402234*
*0811-1023-0051-2*

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

Samuel Aranda     CR 07-645 MMC

## WARRANT FOR ARREST



To: The United States Marshal
and any Authorized United States Officer

**FILED**
NOV 5 - 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YOU ARE HEREBY COMMANDED to arrest <u>Samuel Aranda</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment  ( ) Information  ( ) Complaint
( ) Order of Court  ( ) Violation Notice  ( ) Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2,21:841(a)(1) and (b)(1)(C),21:853 conspiracy to possess with intent to distribute and to distribute heroin, possession with intent to distribute and distribution of heroin

in violation of Title  <u>See above</u>  United States Code, Section(s) __

_____          <u>Deputy Clerk</u>
                                   Title of Issuing Officer

*[signature]*                      <u>San Francisco 10/11/07</u>
Signature of Issuing Officer        Date and Location

RECEIVED
UNITED STATES MARSHAL
'07 OCT 12 AM 10:31
NORTHERN DISTRICT
OF CALIFORNIA

Bail fixed at $ <u>no bail</u>    by  <u>Edward Chen, U.S. Magistrate Judge</u>
                                     Name of Judicial Officer

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at 3527 San Leandro, Oakland CA |||
| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 10/24/2007 | Carl Bennett TFO-DEA | *[signature]* |