1  SCOTT N. SCHOOLS (SCBN 0999)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, Ca. 94102
       Tel: (415) 436-7223
7
   Attorneys for Plaintiff
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 UNITED STATES OF AMERICA,       )   No. CR- 07-0645 MMC
                                   )
13        Plaintiff,                )   -[PROPOSED] ORDER TO UNSEAL
                                   )
14    v.                            )
                                   )   SAN FRANCISCO VENUE
15 IN RE COURT AUTHORIZED          )
   ELECTRONIC SURVEILLANCE          )
16 _____ )

17      GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the following

18 applications and orders authorizing electronic surveillance, interim reports, sealing orders, and

19 motions and orders to postpone inventories are ORDERED unsealed in the cases as follows:

20
   | August 18, 2006: CR 06-90331 MISC- PJH |
21 | October 24, 2006: CR 06-90331 MISC-PJH |
22 | February 12, 2007: CR 06-90331- PJH |
23 | May 7, 2007: CR 06-90331 MISC-PJH |
24 | August 14, 2007: CR 06-90331 MISC-PJH |

25

26

27                              HON. PHYLLIS J. HAMILTON
                                UNITED STATES DISTRICT COURT JUDGE
28

UNSEALING APPLICATION AND ORDER

*FILED OCT 26 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*