SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

  450 Golden Gate Ave. 11th Floor
  San Francisco, Ca.  94102
  Telephone: (415) 436-7223

Attorney for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.  CR 07-0645 MMC |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF ADDITION OF COUNSEL** |
| WILLIAMS ET. AL, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise

the court that Assistant United States Attorney ("AUSA") Barbara Brennan Silano is also

assigned to this case.  Accordingly, please have future ECF notices sent to AUSA Silano at the

email address of barbara.silano@usdoj.gov

                                    Respectfully submitted,


DATED: January 3, 2008                        /s/

                                    _____

                                    BARBARA BRENNAN SILANO

                                    Assistant United States Attorney


NOTICE OF ADDITION OF COUNSEL