IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-07-00645-MMC |
| ) | |
| Plaintiff, ) | **EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |
| ) | |
| RONALD WILLIAMS, et al, ) | _____ |
| ) | |
| Defendants. ) | |
| _____ ) | |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine.  This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008                                            /s/ Ian Loveseth
                                                                 IAN LOVESETH
                                                                 Counsel for Defendant
                                                                 SARAH A. ROPATI

1

**DECLARATION OF COUNSEL**

I,   Ian Loveseth, declare as follows:

    1.   I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

    2.   I am also liaison CJA counsel in this case;

    3.   I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

    4.   The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

    5.   Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

    I declare under penalty of perjury that the above is true and correct to the best of my knowledge.  Executed in San Francisco on March 10, 2008.

                                                /s/ Ian Loveseth
                                                IAN LOVESETH

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA    )    No. CR-07-00645-MMC
10                             )
                               )
11     Plaintiff,              )    [PROPOSED] ORDER PERMITTING
                               )    DEFENDANTS TO USE MP3
12                             )    AUDIO PLAYERS TO REVIEW
                               )    DISCOVERY AT SANTA RITA JAIL
13 v.                          )
                               )
14 RONALD WILLIAMS, et.al.,    )
                               )    The Honorable Maxine M. Chesney
15                             )
       Defendants.             )
16 _____)

17

///

Proposed Order MP3 Player Santa Rita                                   1

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail;

BARRY LYNN SAMUEL,

ELEAZOR MORA-ARCIGA,

SALVADOR ORTEGA,

ERIKA MANZO,

JAVIER ULISES ZAMORA-HERNANDEZ,

ALFREDO GONZALEZ GOVEA,

CESAR RAMIREZ-CHAVIRA,

MIGUEL RAMIREZ.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

Proposed Order MP3 Player Santa Rita                                                                          2

1  IAN G. LOVESETH (CSBN 085780)
   Attorney at Law
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                         SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA      )    No. CR-07-00645-MMC
10                               )
                                 )
11      Plaintiff,                )    [PROPOSED] ORDER PERMITTING
                                 )    DEFENDANTS TO USE MP3
12                               )    AUDIO PLAYERS TO REVIEW
                                 )    DISCOVERY AT GLENN DYER
13 v.                            )    DETENTION FACILITY
                                 )
14 RONALD  WILLIAMS, et.al.,     )
                                 )    The Honorable Maxine M. Chesney
15                               )
        Defendants.              )
16 _____ )

17

///

28

Proposed Order MP3 Player Glenn Dyer                                            1

1   Finding good cause shown, as discovery has been provided in digital audio format:

2   IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3   player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North

4   County);

5   RONALD WILLIAMS,

6   JOSE JUAN PENALOZA-HILARIO,

7   SAMUEL ARANDA,

8   MICHAEL JOSEPH SILVA,

9   RONALD LEE HINES,

10  JOSE ANTONIO CAMACHO-MENDEZ,

11  EDWARD LEROY MOORE.

12

13  IT IS SO ORDERED.

14

15  Dated: _____

16                                          THE HONORABLE MAXINE M. CHESNEY
                                            United States District Judge

Proposed Order MP3 Player Glenn Dyer                                                2