LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
SAMUEL ARANDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0645 MMC |
| Plaintiff, | |
| v. | STIPULATION AND (PROPOSED) ORDER CONTINUING SENTENCING |
| SAMUEL ARANDA | |
| Defendant. | |

Defendant SAMUEL ARANDA, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Kirstin Ault, hereby stipulate and agree to continue the next court date in the above entitled matter from August 27, 2008, to October 15, 2008, or a date that is convenient to the Court.

Good cause exist for the requested continuance in that the defense counsel just concluded a jury trial and needs additional time to complete the pre-sentence process. USPO Christina Carrubba has been notified of this request and has no objection to this continuance.

///

///

///

1  SO STIPULATED:

2                                                              /s/Lidia S. Stiglich

3  DATED: 07/17/2008   _____
                                        LIDIA S. STIGLICH
4                                        Attorney for Defendant
                                        SAMUEL ARANDA
5

6                                                              /s/Kirstin Ault
   DATED: 07/17/2008   _____
7                                        KIRSTIN AULT
                                        Assistant United States Attorney
8

9
                                        **ORDER**
10
       Pursuant to stipulation, Defendant SAMUEL ARANDA's matter is hereby continued
11
   from August 27, 2008, to October 15, 2008, based on the need for additional time to complete
12
   the pre-sentence investigation.
13
       **IT IS SO ORDERED.**
14

15  DATED: _____   _____
                                        MAXINE M. CHESNEY
16                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

<u>U.S. v. Samuel Aranda</u>, CR 07 0645 MMC
Stip. & [Proposed] Order To Cont. Sentencing