1  LIDIA S. STIGLICH (CSBN 182100)
   STIGLICH & HINCKLEY, LLP
2  502 Seventh Street
   San Francisco, California 94103
3  Telephone: 415-865-2539
   Fax: 415-865-2538
4
   Attorney for Defendant
5  SAMUEL ARANDA

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10 UNITED STATES OF AMERICA,              Case No. CR 07-0645 MMC

11         Plaintiff,
                                          STIPULATION AND (PROPOSED)
12     v.                                 ORDER CONTINUING SENTENCING

13 SAMUEL ARANDA

14         Defendant.
                                    /
15

16     Defendant SAMUEL ARANDA, by and through his counsel Lidia S. Stiglich and

17 Assistant United States Attorney Kirstin Ault, hereby stipulate and agree to continue the next

18 court date in the above entitled matter from August 27, 2008, to October 15, 2008, or a date that

19 is convenient to the Court.

20     Good cause exist for the requested continuance in that the defense counsel just concluded

21 a jury trial and needs additional time to complete the pre-sentence process.  USPO Christina

22 Carrubba has been notified of this request and has no objection to this continuance.

23

24 ///

25 ///

26 ///

27

28
   <u>U.S. v. Samuel Aranda</u>, CR 07 0645 MMC
   Stip. & [Proposed] Order To Cont. Sentencing
                                        -1-

1  SO STIPULATED:

2                                                                                  /s/Lidia S. Stiglich

3  DATED: 07/17/2008      _____
                                         LIDIA S. STIGLICH
4                                        Attorney for Defendant
                                         SAMUEL ARANDA
5

6                                                                                  /s/Kirstin Ault
   DATED: 07/17/2008      _____
7                                        KIRSTIN AULT
                                         Assistant United States Attorney
8

9
                                    **ORDER**
10
      Pursuant to stipulation, Defendant SAMUEL ARANDA's matter is hereby continued
11
   from August 27, 2008, to October 15, 2008, based on the need for additional time to complete
12
   the pre-sentence investigation.
13
      **IT IS SO ORDERED.**
14

15  DATED:       _July 21, 2008_____         _____
                                              MAXINE M. CHESNEY
16                                            United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28
   <u>U.S. v. Samuel Aranda</u>, CR 07 0645 MMC
   Stip. & [Proposed] Order To Cont. Sentencing