LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
SAMUEL ARANDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 07-0645 MMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING SENTENCING |
| SAMUEL ARANDA | |
| Defendant. | |

Defendant SAMUEL ARANDA, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Kirstin Ault, hereby stipulate and agree to continue the next court date in the above entitled matter from August 27, 2008, to October 15, 2008, or a date that is convenient to the Court.

Good cause exist for the requested continuance in that the defense counsel just concluded a jury trial and needs additional time to complete the pre-sentence process. USPO Christina Carrubba has been notified of this request and has no objection to this continuance.

///

///

///

| | |
|---|---|
| 1 | SO STIPULATED: |
| 2 | /s/Lidia S. Stiglich |
| 3 | DATED: 07/17/2008 |

LIDIA S. STIGLICH
Attorney for Defendant
SAMUEL ARANDA

DATED: 07/17/2008    /s/Kirstin Ault

KIRSTIN AULT
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant SAMUEL ARANDA's matter is hereby continued from August 27, 2008, to October 15, 2008, based on the need for additional time to complete the pre-sentence investigation.

**IT IS SO ORDERED.**

DATED:  July 21, 2008

MAXINE M. CHESNEY
United States District Judge