MICHAEL L. HINCKLEY (CSBN: 161645)
STIGLICH & HINCKLEY, LLP
The CaCDS Building
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorney for Defendant
SAMUEL ARANDA

**FILED**

AUG 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0645-09 MMC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: RELEASE FROM CUSTODY IN ORDER TO ATTEND FUNERAL |
| vs. | |
| SAMUEL ARANDA, | |
| Defendant. | |

Defendant SAMUEL ARANDA, by and through his defense counsel Michael L. Hinckley and Lidia S. Stiglich and Assistant United States Attorney Barbara B. Silano, hereby stipulate and agree to Mr. Aranda being released from custody on August 29, 2008, to attend the funeral services of his sister Enriqueta Aranda, at the Chapel of the Chimes at 4499 Piedmont Avenue, Oakland, California, on August 30, 2008 at 11:00 a.m. Upon release from custody Mr. Aranda is to go directly to the home of his mother, Ruth Aranda, at 1905 North Commerce Street, Stockton, California, 95204. He is to remain at that residence on house arrest. He will be allowed to leave the house on the morning of August 30, 2008, solely to attend the aforementioned funeral service. Immediately after services have completed, Mr. Aranda is to return to the Federal Detention Center at Dublin, California, and surrender. The surrender is to take place no later than 6:00 p.m. on August 30, 2008.

- 1 -

IT IS SO STIPULATED.

Dated: 8/22/08 .

/S/ Michael Hinckley/Lidia Stiglich
MICHAEL L. HINCKLEY
LIDIA S. STIGLICH
Attorney for Defendant
SAMUEL ARANDA

Dated: 8/22/08 .

/S/ Barbara Silano
BARBARA B. SILANO
Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant SAMUEL ARANDA shall be released from custody on August 29, 2008, to attend the funeral of his sister Enriqueta Aranda, at the Chapel of the Chimes at 4499 Piedmont Avenue, Oakland, California, on August 30, 2008 at 11:00 a.m. Upon release from custody Mr. Aranda is to go directly to the home of his mother, Ruth Aranda, at 1905 North Commerce Street, Stockton, California, 95204. He is to remain at that residence on house arrest. He will be allowed to leave the house on the morning of August 30, 2008, solely to attend the aforementioned funeral service. Immediately after services have completed, Mr. Aranda is to return to the Federal Detention Center at Dublin, California, and surrender. The surrender is to take place no later than 6:00 p.m. on August 30, 2008.

**IT IS SO ORDERED.**

Dated: 8/25/08 .

HON. JOSEPH S. SPERO
United States Magistrate Judge

- 2 -