1  MICHAEL L. HINCKLEY (CSBN: 161645)
   STIGLICH & HINCKLEY, LLP
2  The CaCDS Building
   502 Seventh Street
3  San Francisco, California 94103
   Tel: 415.865.2539
4  Fax: 415.865.2538

5  Attorney for Defendant
   SAMUEL ARANDA

6

7

8

9

**FILED**

AUG 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,                    Case No. CR 07-0645-09 MMC

12                 Plaintiff,                    STIPULATION AND [PROPOSED]
                                                 ORDER RE: RELEASE FROM CUSTODY
13                                               IN ORDER TO ATTEND FUNERAL

14         vs.

15  SAMUEL ARANDA,

16                 Defendant.

17  _____/

18      Defendant SAMUEL ARANDA, by and through his defense counsel Michael L.

19  Hinckley and Lidia S. Stiglich and Assistant United States Attorney Barbara B. Silano, hereby

20  stipulate and agree to Mr. Aranda being released from custody on August 29, 2008, to attend the

21  funeral services of his sister Enriqueta Aranda, at the Chapel of the Chimes at 4499 Piedmont

22  Avenue, Oakland, California, on August 30, 2008 at 11:00 a.m. Upon release from custody Mr.

23  Aranda is to go directly to the home of his mother, Ruth Aranda, at 1905 North Commerce

24  Street, Stockton, California, 95204. He is to remain at that residence on house arrest. He will be

25  allowed to leave the house on the morning of August 30, 2008, solely to attend the

26  aforementioned funeral service. Immediately after services have completed, Mr. Aranda is to

27  return to the Federal Detention Center at Dublin, California, and surrender. The surrender is to

28  take place no later than 6:00 p.m. on August 30, 2008.

- 1 -

1    IT IS SO STIPULATED.

2
           8/22/08                        /S/ Michael Hinckley/Lidia Stiglich
3    Dated: _____.         _____
                                       MICHAEL L. HINCKLEY
4                                      LIDIA S. STIGLICH
                                       Attorney for Defendant
5                                      SAMUEL ARANDA

6
           8/22/08                        /S/ Barbara Silano
7    Dated: _____.         _____
                                       BARBARA B. SILANO
8                                      Assistant United States Attorney

9

10                                    **ORDER**

11
         Pursuant to stipulation, Defendant SAMUEL ARANDA shall be released from custody
12
     on August 29, 2008, to attend the funeral of his sister Enriqueta Aranda, at the Chapel of the
13
     Chimes at 4499 Piedmont Avenue, Oakland, California, on August 30, 2008 at 11:00 a.m.  Upon
14
     release from custody Mr. Aranda is to go directly to the home of his mother, Ruth Aranda, at
15
     1905 North Commerce Street, Stockton, California, 95204.  He is to remain at that residence on
16
     house arrest.  He will be allowed to leave the house on the morning of August 30, 2008, solely to
17
     attend the aforementioned funeral service.  Immediately after services have completed, Mr.
18
     Aranda is to return to the Federal Detention Center at Dublin, California, and surrender.  The
19
     surrender is to take place no later than 6:00 p.m. on August 30, 2008.
20

21   **IT IS SO ORDERED.**

22

23   Dated: ___8/25/06___.        _____
                                       HON. JOSEPH S. SPERO
24                                     United States Magistrate Judge

25

26

27

28