FILED

08 AUG 25 PM 2:50

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL L. HINCKLEY (CSBN: 161645)
   STIGLICH & HINCKLEY, LLP
2  The CaCDS Building
   502 Seventh Street
3  San Francisco, California 94103
   Tel: 415.865.2539
4  Fax: 415.865.2538

5  Attorney for Defendant
   SAMUEL ARANDA
6
                UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8
                   SAN FRANCISCO DIVISION
9

10                                                          (JCS)
   UNITED STATES OF AMERICA,           Case No. CR 07-0645-09 MMC [JSS]
11
          Plaintiff,                   **AMENDED** STIPULATION AND
12                                     [PROPOSED] **AMENDED ORDER** RE:
                                       RELEASE FROM CUSTODY IN ORDER
13                                     TO ATTEND FUNERAL

14      vs.

15 SAMUEL ARANDA,

16        Defendant.

17 _____/

18     Defendant SAMUEL ARANDA, by and through his defense counsel Michael L.

19 Hinckley and Lidia S. Stiglich and Assistant United States Attorney Barbara B. Silano, hereby

20 stipulate and agree (due to a typographical error by defense counsel regarding the date in the

21 initial request) to amend the order issued today regarding the release of Mr. Aranda to attend his

22 sister's funeral as follows: Mr. Aranda is to be released from custody on August 28, 2008, to

23 attend the funeral services of his sister Enriqueta Aranda, at the Chapel of the Chimes at 4499

24 Piedmont Avenue, Oakland, California, on August 29, 2008 at 11:00 a.m. Upon release from

25 custody Mr. Aranda is to go directly to the home of his mother, Ruth Aranda, at 1905 North

26 Commerce Street, Stockton, California, 95204. He is to remain at that residence on house arrest.

27 He will be allowed to leave the house on the morning of August 29, 2008, solely to attend the

28 aforementioned funeral service. Immediately after services have completed, Mr. Aranda is to

1  return to the Federal Detention Center at Dublin, California, and surrender. The surrender is to
2  take place no later than 6:00 p.m. on August 29, 2008.
3      IT IS SO STIPULATED.

Dated: 8/25/08             /S/ Michael Hinckley/Lidia Stiglich
MICHAEL L. HINCKLEY
LIDIA S. STIGLICH
Attorney for Defendant
SAMUEL ARANDA

Dated: 8/25/08             /S/ Barbara Silano
BARBARA B. SILANO
Assistant United States Attorney

## AMENDED ORDER

Pursuant to stipulation, the prior order releasing Defendant SAMUEL ARANDA to attend the funeral of his sister issued on August 25, 2008 **is amended as follows**: SAMUEL ARANDA shall be released from custody on August 28, 2008, to attend the funeral of his sister Enriqueta Aranda, at the Chapel of the Chimes at 4499 Piedmont Avenue, Oakland, California, on August 29, 2008 at 11:00 a.m. Upon release from custody Mr. Aranda is to go directly to the home of his mother, Ruth Aranda, at 1905 North Commerce Street, Stockton, California, 95204. He is to remain at that residence on house arrest. He will be allowed to leave the house on the morning of August 29, 2008, solely to attend the aforementioned funeral service. Immediately after services have completed, Mr. Aranda is to return to the Federal Detention Center at Dublin, California, and surrender. The surrender is to take place no later than 6:00 p.m. on August 29, 2008.

**IT IS SO ORDERED.**

Dated: August 25, 2008

HON. JO[signature]
United St[seal: Judge Joseph C. Spero]

- 2 -